IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL DEARK GARDNER** *also known as Yakim Ananian El Bey also known as Ananian El Bey* | § § § § § | **PETITIONER** |
| v. | § | **Civil No. 1:17cv261-HSO-RHW** |
| **DWAIN BREWER,** *et al.* | § § § | **RESPONDENTS** |

**FINAL JUDGMENT**

This matter came on to be heard on the Proposed Findings of Fact and Recommendation [7] of United States Magistrate Judge Robert H. Walker, entered in this case on April 30, 2018, and on Respondents' Motion to Dismiss [6] filed on October 31, 2017. The Court, after a full review and consideration of the Magistrate Judge's Proposed Findings of Fact and Recommendation [7], the Motion to Dismiss [6], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of May, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE